UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**ANTHONY JOHNSON** | **JUDGMENT IN A CIVIL CASE**

v.

**FEDERAL EXPRESS CORPORATION, RICKY L. CARTER and PATRICK ELAM** | **CASE NO: 14-2511-A**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendants' Motion For Summary Judgment entered on October 14, 2015, this cause is hereby dismissed.


**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 10/14/2015**                                              **THOMAS M. GOULD**
                                                                  **Clerk of Court**

                                                                  **s/Terry L. Haley**
                                                                  **(By)  Deputy Clerk**